*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4203-GHK (PLAx) | Date | October 19, 2016 |
|---|---|---|---|
| Title | *Guillermo R. Colombres v. Carlos Manuel Perez Ramos* | | |

| Presiding: The Honorable | GEORGE H. KING, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

On June 13, 2016, Plaintiff Guillermo R. Colombres filed this action against Defendant Carlos Manuel Perez Ramos. (Dkt. 1, Compl.) The Complaint alleges that Ramos resides at "13512 Greencastle Ridge Ter Apt 303, Burtonsville, Maryland 20866." (Compl. ¶ 6.) On September 12, 2016, Plaintiff filed a purported proof of service ("POS") as to Ramos. (Dkt. 20.) The POS states that Fred W. Jacobs served Ramos by placing copies of the Summons, Complaint, Certificate and Notice of Interested Parties, and Order Re: Case Management "in a sealed envelope, with First-Class Certified Mail postage prepaid thereon, and deposited said envelope in the United States mail" addressed to "13512 Greencastle Ridge Ter Apt 303 Burtonsville, Maryland, 20866" with return receipt requested. (*Id.*)

Under Federal Rule of Civil Procedure 4(e), service on an individual can be effected by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e). Under California law, a "summons may be served on a person outside this state . . . by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing." Cal. Civ. Proc. Code § 415.40. If service is effected in such manner, "proof of service shall include evidence satisfactory to the court establishing actual delivery to the person to be served, by a signed return receipt or other evidence." Cal. Civ. Proc. Code § 417.20(a). Plaintiff's POS is deficient because it does not include any evidence that Ramos actually received the summons and complaint, such as a "signed return receipt." *See id.* Although the POS includes a U.S. Postal Service receipt showing that the summons and complaint were *mailed* to Ramos's purported address, we do not consider this receipt to be evidence of "actual delivery." *See Johnson & Johnson v. Superior Court*, 38 Cal. 3d 243, 254-55 (1985) (noting that there must be "hard evidence of actual delivery before a default may be entered" if service is completed under § 415.40).

Moreover, Plaintiff was required to serve Ramos within 90 days of filing the Complaint, but given the defective service, has failed to do so. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served

*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4203-GHK (PLAx) | Date | October 19, 2016 |
|---|---|---|---|
| Title | *Guillermo R. Colombres v. Carlos Manuel Perez Ramos* | | |

within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Accordingly, Plaintiff is hereby **ORDERED** to file sufficient proof of service as to Ramos **within 14 days hereof** or else show cause in writing, **within the same 14 days**, why this action should not be dismissed for failure to prosecute and failure to comply with our Order. Failure to timely and adequately comply with our Order **SHALL** be deemed Plaintiff's abandonment of this action, and this action will be dismissed, without prejudice, for failure to prosecute and failure to comply with our Order.

**IT IS SO ORDERED.**

                                                                                           :
                                                    Initials of Deputy Clerk        PS