JS-6

Filed 12/29/16

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Guillermo R. Colombres*, <br>         Plaintiff, <br>     v. <br> *Carlos Manuel Perez Ramos*, <br>         Defendant. | CASE NO. CV 16-4203-GHK (PLAx) <br><br> JUDGMENT |

Pursuant to our December 29, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 29, 2016

_____
GEORGE H. KING
United States District Judge